UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR05-203-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| ROBERT EARL HAMPTON, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on March 21, 2011. The United States was represented by AUSA Norman M. Barbosa and the defendant by Ralph Hurvitz. The proceedings were digitally recorded.

Defendant had been sentenced on or about December 9, 2005 by the Honorable Ricardo S. Martinez on a charge of Bank Fraud, and sentenced to seven months custody with credit for five months state time served, five years supervised release. (Dkt. 62.)

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm or destructive device, participate in a substance abuse program, submit to search, pay

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 restitution in the amount of $11,133.00, provide his probation officer with financial information

02 on request, maintain a single checking account for all financial transactions, disclose all assets

03 and liabilities, be prohibited from incurring new credit obligations or opening new lines of credit,

04 cooperate with the IRS and pay all tax liabilities, and reside in and satisfactorily participate in

05 a community corrections center program for up to 90 days.

06 On December 1, 2006, defendant admitted violating the conditions of supervised release

07 by using cocaine and failing to satisfactorily participate in a CCC program. He was sentenced

08 to two months in custody, 58 months supervised release. He was also prohibited from possessing

09 any identification documents in any but his true identity. (Dkt. 89.)

10 On July 9, 2009, defendant's probation officer reported that he violated supervision by

11 using cocaine. Defendant was reprimanded, testing was increased, and a revised outpatient

12 treatment plan was conducted. No further action was taken at the time. (Dkt. 91.)

13 In an application dated March 11, 2011 (Dkt. 112, 113), U.S. Probation Officer Andrew

14 J. Lorenzen alleged the following violation of the conditions of supervised release:

15 1. Using cocaine on or before January 3, 13; February 8, 22; and March 3, 2011, in

16 violation of standard condition 7.

17 Defendant was advised in full as to the charge and as to his constitutional rights.

18 Defendant admitted the alleged violation and waived any evidentiary hearing as to

19 whether it occurred.

20 I therefore recommend the Court find defendant violated his supervised release as alleged,

21 and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be

22 set before Judge Martinez.

Pending a final determination by the Court, defendant has been detained.

DATED this 21st day of March, 2011.

                                   _Mary Alice Theiler_
                                   Mary Alice Theiler
                                   United States Magistrate Judge

cc:   District Judge:         Honorable Ricardo S. Martinez
     AUSA:                   Norman Barbosa
     Defendant's attorney:   Ralph Hurvitz
     Probation officer:      Andrew J. Lorenzen

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3